IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>SCOTT PETERS,<br><br>                 Defendant. | **8:16CR315**<br><br>**ORDER** |

      This matter is before the Court on the defendant's Motion to Modify Certain Conditions of Probation (Filing No. 21). Upon consideration, the motion will be granted. Standard Condition #10 and Special Condition #1 of the Judgment (Filing No. 16) are hereby modified to allow the defendant to maintain his gun and wine collections on his premises.

      **IT IS SO ORDERED.**

      Dated this 3rd day of February, 2017.

                                            BY THE COURT:

                                            s/ F.A. Gossett, III
                                            United States Magistrate Judge