IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:16CR315 |
| vs. | |
| SCOTT PETERS, | ORDER |
| Defendant. | |

This matter is before the Court on the defendant, Scott Peters', Motion to Grant Early Termination from Probation (Filing No. 23). A review of the docket discloses that the defendant was placed on probation for one year to conclude December 15, 2017, and that the sentence of probation was agreed to by the parties in an 11(c)(1)(C) plea agreement. The government objects (Filing No. 24) to defendant's early termination of probation.

After reviewing the defendant's Petition to Enter a Plea of Guilty (Filing No. 8), his Plea Agreement (Filing No. 9), the Court's authority to terminate probation under 18 U.S.C.§3564 the factors for early termination under §3553(a), I find that early termination is warranted by the actions of the defendant, and that the ends of justice are satisfied by early termination. Therefore,

**IT IS ORDERED:**

1. The defendant's Motion to Grant Early Termination from Probation [23] is granted.
2. The defendant's Probation is terminated effective September 15, 2017.

Dated this 14th day of July, 2017.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge